AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder, HKennethJr | U.S. District Court, W.D.N.Y. | 04/04/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-Full time | [ ] Nomination  Date <br> [ ] Initial  [✓] Annual  [ ] Final <br> 5b. [ ] Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Retirement Plan - former law firm - no control |
| 2. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Capital Accounts - former law firm - no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 12/07/12 | Hodgson,Russ,Andrews,Woods&Goodyear-Retirement income from pension plan. | $75,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Common Stock & money funds: | | | | | | | | | |
| 2. MLIKX Money Funds | | None | J | T | | | | | |
| 3. Hodgson, Russ, Andrews, Woods & Goodyear 401(k) - no control | | | | | | | | | |
| 4. Common Stock: | | | | | | | | | |
| 5. Harbor Capital Appreciation | | None | K | T | | | | | |
| 6. Managers Special Equity | | None | K | T | | | | | |
| 7. Dodge & Cox Stock Fund | | None | K | T | | | | | |
| 8. Loomis Sayles Small Cap | | None | K | T | | | | | |
| 9. Fleet Bank-checking account | A | Interest | J | T | | | | | |
| 10. Common Stock - M&T Bank | A | Dividend | L | T | | | | | |
| 11. Mutual Funds: | | | | | | | | | |
| 12. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 13. Alliance Premier Growth Fund | | None | J | T | | | | | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Lord Abbett Secs Tr. | | None | J | T | | | | | |
| 16. Putnam Int. Growth Fund | | None | J | T | | | | | |
| 17. Templeton Funds Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Van Kampen Comstock CL | | None | J | T | | | | | |
| 19. Van Kampen Equity Trust | | None | J | T | | | | | |
| 20. Money Market Funds: | | | | | | | | | |
| 21. Legg Mason Cash Reserve Trust | | None | K | T | | | | | |
| 22. Section 529 - Internal Revenue Code Education Funds for | | | | | | | | | |
| 23. New York's College Savings Program (age/ risk based invest.) | | | | | | | | | |
| 24. | | None | K | T | | | | | |
| 25. | | None | K | T | | | | | |
| 26. | | None | K | T | | | | | |
| 27. M&T BANK (common stock) | B | Dividend | K | T | | | | | |
| 28. M&T BANK (common stock) | A | Dividend | J | T | | | | | |
| 29. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 30. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 31. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 32. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 33. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 34. M&T BANK (common stock) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITEDHEALTH GROUP INC | | None | J | T | | | | | |
| 36. CONSTELLATION ENERGY GP | | None | J | T | | | | | |
| 37. HERSHEY FOODS CORP | | None | J | T | | | | | |
| 38. IMMUNEX CORP NEW | | None | J | T | | | | | |
| 39. INDYMAC BANCORP INC | | None | J | T | | | | | |
| 40. LEHMAN BROTHRS HLDGS COM | | None | J | T | | | | | |
| 41. HCA INC | | None | J | T | | | | | |
| 42. VISHAY INTERTECHNLGY | | None | J | T | | | | | |
| 43. BARNES & NOBLE INC | | None | J | T | | | | | |
| 44. WACHOVIA CORP | | None | J | T | | | | | |
| 45. REHABCARE GROUP INC | | None | J | T | | | | | |
| 46. ELECTRS BOUTIQUE HLDGS | | None | J | T | | | | | |
| 47. AT&T CORP | | None | | | Sold | 03/28/12 | J | B | |
| 48. HARLEY DAVIDSON INC | | None | J | T | | | | | |
| 49. MID ATLANTIC MED SVCS | | None | J | T | | | | | |
| 50. OCEAN ENERGY INC | | None | J | T | | | | | |
| 51. PUB SVC NEW MEX PR | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AFFILIATED COMP SVCS | | None | J | T | | | | | |
| 53. AMERICAN STD COS | | None | J | T | | | | | |
| 54. ANIXTER INTL INC | | None | J | T | | | | | |
| 55. BOISE CASCADE | | None | J | T | | | | | |
| 56. MBNA CORP | | None | J | T | | | | | |
| 57. OPEN TEXT CORP | | None | J | T | | | | | |
| 58. LEAR CORP | | None | J | T | | | | | |
| 59. CAPITOL ONE FINL | | None | J | T | | | | | |
| 60. CAPITOL ONE FINL | | None | J | T | | | | | |
| 61. KINETICS CONCEPTS | | None | J | T | | | | | |
| 62. NEWS C ORP CI | | None | J | T | | | | | |
| 63. NORFOLK SOUTHERN | | None | J | T | | | | | |
| 64. OPEN TEXT CORP | | None | J | T | | | | | |
| 65. SONY CORP | | None | J | T | | | | | |
| 66. WEIGHT WATCHERS INT | | None | J | T | | | | | |
| 67. HARTFORD FINL SVCS GROUP | | None | J | T | | | | | |
| 68. COMMERCE BANCORP INC NJ | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. INGRAM MICRO INC CL A | | None | J | T | | | | | |
| 70. MOTOROLA INC COM | | None | J | T | | | | | |
| 71. MICRO DEVICES INC | | None | J | T | | | | | |
| 72. SCIENTIFIC ATLANTA | | None | J | T | | | | | |
| 73. MATSUSHTA EL IND ADR | | None | J | T | | | | | |
| 74. FISHER SCIENTIFIC 1 NEW | | None | J | T | | | | | |
| 75. THERMO ELECTRON CORP | | None | J | T | | | | | |
| 76. LEXMARK INTL INC CL A | | None | J | T | | | | | |
| 77. UNIVISION COMM INC CL A | | None | J | T | | | | | |
| 78. SAP AKGSLTT SPONSORD ADR | | None | J | T | | | | | |
| 79. KOHLS CORP WISC PV 1CT | | None | J | T | | | | | |
| 80. GLOBAL SANTAFE CORP | | None | J | T | | | | | |
| 81. REGIONS FINL CORP | | None | J | T | | | | | |
| 82. CITIZENS COMMNCTNS CO | | None | J | T | | | | | |
| 83. PENSKE AUTO GROUP INC | | None | J | T | | | | | |
| 84. GARMIN LTD (KAYMAN IS) | | None | J | T | | | | | |
| 85. CHEVRON CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CHEVRON CORP | A | Dividend | J | T | | | | | |
| 87. ALTRIA GROUP INC | A | Dividend | | | Sold | 01/27/12 | J | B | |
| 88. TREEHOUSE FOODS INC COM STK | | None | J | T | | | | | |
| 89. ATC TECH CORP | | None | J | T | | | | | |
| 90. GILEAD SCIENCES INC COM | | None | J | T | | | | | |
| 91. APACHE CORP | A | Dividend | J | T | | | | | |
| 92. L.V.M.H. EUR 0.3.3EUR PAR ORDINARY | | None | J | T | | | | | |
| 93. MYLAN INC | | None | | | Sold | 04/26/12 | J | A | |
| 94. CARLSBERG AS-B 20.DKK | A | Dividend | J | T | | | | | |
| 95. SWATCH GROUP (BR) | | None | | | Sold | 03/13/12 | J | B | |
| 96. EXXON MOBIL CORP COM | A | Dividend | J | T | | | | | |
| 97. NEENNAH PAPER INC | | None | J | T | | | | | |
| 98. INTL BUSINESS MACH DE | | None | | | Sold | 03/16/12 | J | B | |
| 99. TRW AUTOMOTIVE HOLDINGS CORP | | None | J | T | | | | | |
| 100. GUANGSHEN RAILWAY LTD SPON ADR | | None | | | Sold | 01/11/12 | J | A | |
| 101. ATWOOD OCEANICS INC DE | | None | | | Sold | 02/03/12 | J | A | |
| 102. APPLIED MATERIALS INC DE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HOME PROPERTIES INC DE | A | Dividend | J | T | | | | | |
| 104. MCDONALDS CORP DE | A | Dividend | | | Sold | 10/19/12 | J | A | |
| 105. AEGON NV ADR NY SHS NETHERLANDS ADR | | None | | | Sold | 01/25/12 | J | A | |
| 106. SIMON PPTY GROUP INC SBI DE | | None | | | Sold | 02/03/12 | J | A | |
| 107. SCHLUMBERGER LTD NETHERLANDS ANTILLES | A | Dividend | J | T | | | | | |
| 108. ADVANCE AUTO PARTS INC DE | A | Dividend | | | Sold | 02/16/12 | J | B | |
| 109. HARRIS CORP DELA DE | A | Dividend | | | Sold | 05/01/12 | J | A | |
| 110. YAHOO INC DE | | None | | | Sold | 11/19/12 | J | A | |
| 111. AMER EXPRESS CO DE | A | Dividend | J | T | | | | | |
| 112. CERNER CORP DE | | None | J | T | | | | | |
| 113. FLOWSERVE CORP DE | A | Dividend | J | T | | | | | |
| 114. PARKER HANNIFIN CORP DE | | None | | | Sold | 01/20/12 | J | A | |
| 115. DELL INC DE | | None | | | Sold | 02/15/12 | J | A | |
| 116. ROCKWELL AUTOMATION INC NEW | | None | | | Sold | 04/25/12 | J | A | |
| 117. US BANCORP DEL (NEW) DE | | None | | | Sold | 01/11/12 | J | A | |
| 118. VALEANT PHARMACEUTICALS INTL I CAD | | None | | | Sold | 05/03/12 | J | A | |
| 119. VODAFONE GROUP PLC NEW SPON ADR | | None | | | Sold | 02/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BAYERISCHE MOTORNWERKE AG SHS 98 EUR | | None | J | T | | | | | |
| 121. PRICELINE.COM INC NEW DE | | None | | | Sold | 01/19/12 | J | A | |
| 122. EMC CORP MASS DE | | None | | | Sold | 01/26/12 | J | A | |
| 123. AKAMAI TECHNOLOGIES INC DE | | None | | | Sold | 01/12/12 | J | A | |
| 124. TEMPUR-PEDIC INTL INC DE | | None | | | Buy | 01/03/12 | J | | |
| 125. TEMPUR-PEDIC INTL INC DE | | None | | | Sold | 03/02/12 | J | B | |
| 126. KINDER MORGAN ENERGY PARTNERS MLP | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 127. ESSEX PROPERTY TRUST INC DE | A | Dividend | J | T | Buy | 01/13/12 | J | | |
| 128. PACCAR INC DE | A | Dividend | | | Buy | 01/26/12 | J | | |
| 129. PACCAR INC DE | | None | | | Sold | 07/11/12 | J | A | |
| 130. NPS PHARMACEUTICALS DEL DE | | None | J | T | Buy | 01/30/12 | J | | |
| 131. CBS CORP NEW CL B DE | A | Dividend | J | T | Buy | 01/31/12 | J | | |
| 132. ENTERPRISE PRODUCTS PARNTER LP MLP | A | Dividend | J | T | Buy | 02/03/12 | J | | |
| 133. CME GROUP INC CE | A | Dividend | J | T | Buy | 02/03/12 | J | | |
| 134. CATERPILLAR INC DE | A | Dividend | | | Buy | 02/03/12 | J | | |
| 135. CATERPILLAR INC DE | | None | | | Sold | 10/09/12 | J | A | |
| 136. BERKSHIRE HATHAWAY INC NEW CL B | | None | | | Buy | 02/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BERKSHIRE HATHAWAY INC NEW CL B | | None | | | Sold | 04/26/12 | J | C | |
| 138. SNAP ON INC DE | A | Dividend | J | T | Buy | 02/13/12 | J | | |
| 139. WYNDHAM WORLDWIDE CORP DE | A | Dividend | J | T | Buy | 02/13/12 | J | | |
| 140. KNIGHT CAPITAL GROUP INC CL A | | None | | | Buy | 02/14/12 | J | | |
| 141. KNIGHT CAPITAL GROUP INC CL A | | None | | | Sold | 06/08/12 | J | A | |
| 142. LIMITED BRANDS INC CL A DE | A | Dividend | J | T | Buy | 02/16/12 | J | | |
| 143. AETNA INC DE | A | Dividend | J | T | Buy | 02/22/12 | J | | |
| 144. PRICE T ROW GROUP INC DE | A | Dividend | J | T | Buy | 03/06/12 | J | | |
| 145. ADVANCED ENERGY INDUSTRIES INC | | None | | | Buy | 03/07/12 | J | | |
| 146. ADVANCED ENERGY INDUSTRIES INC | | None | | | Sold | 07/12/12 | J | B | |
| 147. SCHLUMBERGER LTD NETHERLANDS ANTILLES | | None | | | Buy | 03/13/12 | J | | |
| 148. SCHLUMBERGER LTD NETHERLANDS ANTILLES | | None | | | Sold | 09/20/12 | J | B | |
| 149. EMC CORP MASS DE | | None | | | Buy | 03/14/12 | J | | |
| 150. EMC CORP MASS DE | | None | | | Sold | 10/24/12 | J | A | |
| 151. ROYAL CARIBBEAN CRUISES LTD LIBERIA ORD | A | Dividend | | | Buy | 03/20/12 | J | | |
| 152. ROYAL CARIBBEAN CRUISES LTD LIBERIA ORD | | None | | | Sold | 09/20/12 | J | B | |
| 153. HUMANA INC DE | A | Dividend | J | T | Buy | 03/26/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. TESCO CORP CAD DE | | None | J | T | Buy | 03/27/12 | J | | |
| 155. HUNTINGTON BANCSHARES DE | A | Dividend | J | T | Buy | 03/27/12 | J | | |
| 156. TARGET CORP DE | A | Dividend | | | Buy | 04/02/12 | J | | |
| 157. TARGET CORP DE | | None | | | Sold | 12/24/12 | J | A | |
| 158. PIONEER NAT RES CO DE | A | Dividend | J | T | Buy | 04/02/12 | J | | |
| 159. SEAGATE TECHNOLOGY PLC SHS | | None | J | T | Buy | 04/18/12 | J | | |
| 160. SEAGATE TECHNOLOGY PLC | | None | | | Sold | 07/27/12 | J | B | |
| 161. VALERO ENERGY CORP NEW DE | A | Dividend | J | T | Buy | 04/24/12 | J | | |
| 162. ONEOK INC NEW DE | A | Dividend | J | T | Buy | 04/24/12 | J | | |
| 163. KNOINKLIJKE KPN NV EURO 0.24 EUR | | None | | | Buy | 04/25/12 | J | | |
| 164. KNOINKLIJKE KPN NV EURO 0.24 EUR | | None | | | Sold | 05/08/12 | J | A | |
| 165. BAIDU INC ADS REPSNTG CL A ORD SHS SPON ADR | | None | J | T | Buy | 04/25/12 | J | | |
| 166. CNOOC LTD SPON ADR DE | A | Dividend | | | Buy | 04/26/12 | J | | |
| 167. CNOOC LTD SPON ADR DE | | None | | | Sold | 07/25/12 | J | A | |
| 168. QUALCOMM INC DE | A | Dividend | J | T | Buy | 04/26/12 | J | | |
| 169. USG CORP NEW DE | | None | J | T | Buy | 04/30/12 | J | | |
| 170. AFLAC INC DE | A | Dividend | J | T | Buy | 05/01/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TRINITY INDUSTRIES INC DE | A | Dividend | J | T | Buy | 05/07/12 | J | | |
| 172. ICON PLC SPON ADR DE | | None | J | T | Buy | 05/11/12 | J | | |
| 173. BROADCOM CORP CL A DE | A | Dividend | J | T | Buy | 05/21/12 | J | | |
| 174. QUALITY SYSTEMS INC DE | | None | | | Buy | 06/05/12 | J | | |
| 175. QUALITY SYSTEMS INC DE | | None | | | Sold | 07/26/12 | J | A | |
| 176. BUCKEYE TECHNOLOGIES INC DE | A | Dividend | J | T | Buy | 06/11/12 | J | | |
| 177. BUCKEYE TECHNOLOGIES INC | | None | | | Sold | 10/25/12 | J | A | |
| 178. TEXTRON INC DE | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 179. MICROSOFT CORP DE | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 180. LAZARD LTD CL A DE | A | Dividend | J | T | Buy | 06/21/12 | J | | |
| 181. VINCI SA ACT EUR DE | | None | J | T | Buy | 06/22/12 | J | | |
| 182. SMUCKER JM CO NEW DE | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 183. RALCORP HOLDINGS INC NEW DE | | None | J | T | Buy | 07/17/12 | J | | |
| 184. GILEAD SCIENCES INC DE | | None | | | Buy | 07/27/12 | J | | |
| 185. GILEAD SCIENCES INC DE | | None | | | Sold | 09/24/12 | J | A | |
| 186. PETROCHINA CO LTD SPON ADR | | None | | | Buy | 08/24/12 | J | | |
| 187. PETROCHINA CO LTD SPON ADR | | None | | | Sold | 11/02/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. SANDISK CORP DE | | None | J | T | Buy | 09/11/12 | J | | |
| 189. CBOE HLDGS INC COM DE | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 190. RAYMOND JAMES FINANCIAL CORP | | None | J | T | Buy | 09/27/12 | J | | |
| 191. ROCHE HLDG LTD SPONS ADR SWITZ ADR | | None | J | T | Buy | 10/16/12 | J | | |
| 192. HUANENG POWER INTL INC SPONSORED ADR SER N SHS | | None | J | T | Buy | 10/26/12 | J | | |
| 193. TRIUMPH GROUP INC DE | A | Dividend | J | T | Buy | 11/02/12 | J | | |
| 194. APPLE INC DE | | None | J | T | Buy | 11/14/12 | J | | |
| 195. PRUDENTIAL PLC ADR UNITED KINGDOM | | None | J | T | Buy | 11/20/12 | J | | |
| 196. PETROCHINA CO LTD SPON ADR | | None | | | Buy | 11/27/12 | J | | |
| 197. PETROCHINA CO LTD SPON ADR | | None | | | Sold | 11/29/12 | J | A | |
| 198. BB&T CORP DE | | None | J | T | Buy | 12/12/12 | J | | |
| 199. INTERCONTINENTALEXCHANGE INC | | None | J | T | Buy | 12/12/12 | J | | |
| 200. MKS INSTRUMENTS INC DE | | None | J | T | Buy | 12/13/12 | J | | |
| 201. HARTFORD FINCL SERVICES GROUP INC | | None | J | T | Buy | 12/19/12 | J | | |
| 202. VALUCLICK INC DE | | None | J | T | Buy | 12/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Part 1. POSITIONS:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HKennethJr Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544